ANTHONY L. MARTIN
Nevada Bar 8177
anthony.martin@ogletree.com
KATHRYN C. NEWMAN
Nevada Bar No. 13733
kathryn.newman@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorney for Defendant,*
*IT&S FAR WEST DIVISION – HCA IT&S FIELD OPERATIONS, INC.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ALEXIS SANCHEZ,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>HOSPITAL CORPORATION OF AMERICA – FAR WEST DIVISION (HCA HEALTHCARE), a corporation; KIRK JOHNSON, an individual; MONICA STRAUSS, an individual; CHRISTINE PROUTY, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO.:  2:25-cv-00618-ART-NJK<br><br>**STIPULATION TO CONTINUE DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1 and IA 6-2, Defendant IT&S Far West Division – HCA IT&S Field Operations, Inc.[1] ("Defendant") and Plaintiff Alexis Sanchez ("Plaintiff") hereby requests a short extension of time, up to an including April 21, 2025, for Defendant to file its response to Plaintiff's Complaint (ECF No. 1-1).

The Stipulation is entered for the following reasons:

---

[1] Defendant IT&S Far West Division – HCA IT&S Field Operations, Inc. was incorrectly identified in the Complaint as "Hospital Corporation of America – Far West Division."

1

1. Defendant filed its Petition for Removal on April 4, 2024. (ECF. No. 1.) Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), the deadline for Defendant to files its response is April 11, 2025.

2. Defendant respectfully requests this extension in order to have the time to fully research the facts and circumstances underlying this case, and not for purposes of delay.

3. This is the parties' first request for an extension of time for Defendant to file its response.

Therefore, the parties respectfully request a ten-day extension of time up to and including April 21, 2025 for Defendant to file its response to Plaintiff's Complaint.

DATED this 11th day of April, 2025.

SABEL LAW APC

*/s/ Steven D. Sabel*

Steven D. Sabel
Nevada Bar No. 15810
304 S. Jones Blvd., Suite 1309
Las Vegas, NV  89107

*Attorneys for Plaintiff,
Alexis Sanchez*

DATED this 11th day of April, 2025.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Kathryn C. Newman*

Anthony L. Martin
Nevada Bar No. 8177
Kathryn C. Newman
Nevada Bar No. 13733
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV  89135

*Attorneys for Defendant,
IT&S Far West Division – HCA IT&S Field Operations, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

April 14, 2025
_____
DATED