ANTHONY L. MARTIN
Nevada Bar 8177
anthony.martin@ogletree.com
KATHRYN C. NEWMAN
Nevada Bar No. 13733
kathryn.newman@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorney for Defendant,*
*IT&S FAR WEST DIVISION – HCA IT&S FIELD OPERATIONS, INC.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALEXIS SANCHEZ,<br><br>          Plaintiff,<br><br>vs.<br><br>HOSPITAL CORPORATION OF AMERICA – FAR WEST DIVISION (HCA HEALTHCARE), a corporation; KIRK JOHNSON, an individual; MONICA STRAUSS, an individual; CHRISTINE PROUTY, an individual; and DOES 1 through 10, inclusive,<br><br>          Defendants. | CASE NO.:  2:25-cv-00618-ART-NJK<br><br>**STIPULATION TO RESCHEDULE DATE FOR EARLY NEUTRAL EVALUATION**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED between Plaintiff Alexis Sanchez ("Plaintiff") and Defendant IT&S Far West Division – HCA IT&S Field Operations, Inc.[1] ("Defendant"), by and through their respective attorneys of record, hereby submit this proposed Stipulation and Order to Reschedule the Early Neutral Evaluation currently scheduled for August 8, 2025 to August 4, 2025.

///

///

///

---

[1] Defendant IT&S Far West Division – HCA IT&S Field Operations, Inc. was incorrectly identified in the Complaint as "Hospital Corporation of America – Far West Division."

**STIPULATED FACTS**

The parties respectfully request that the Early Neutral Evaluation ("ENE") be advance for the following reasons:

1. The required parties and their counsel are not all available on August 8, 2025, the date selected by the Court.

2. Counsel for the parties conferred regarding their respective availability in August and were unable to identify a mutually agreeable date after the scheduled ENE until September.

3. The parties believe it is in the best interest of the litigation to conduct the ENE earlier in the discovery in order to best explore the possibility of an early resolution. Further, as the parties are requesting that the hearing be advanced, it is not for purposes of delay.

///

///

///

///

///

///

///

///

2

## CONCLUSION

For the foregoing reasons, Plaintiff Alexis Sanchez ("Plaintiff") and Defendant IT&S Far West Division – HCA IT&S Field Operations, Inc. ("Defendant"), by and through their respective attorneys of record, hereby submit this proposed Stipulation and Order to Reschedule the Early Neutral Evaluation currently scheduled for August 8, 2025 at 10:00 a.m. to a time convenient for this Court on August 4, 2025.

DATED this 15th day of May, 2025.　　　　DATED this 15th day of May, 2025.

SABEL LAW APC　　　　　　　　　　　　OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Steven D. Sabel*　　　　　　　　　　　　*/s/ Kathryn C. Newman*
Steven D. Sabel　　　　　　　　　　　　　　Anthony L. Martin
Nevada Bar No. 15810　　　　　　　　　　Nevada Bar No. 8177
304 S. Jones Blvd., Suite 1309　　　　　　　Kathryn C. Newman
Las Vegas, NV 89107　　　　　　　　　　　Nevada Bar No. 13733
　　　　　　　　　　　　　　　　　　　　　10801 W. Charleston Blvd., Suite 500
*Attorneys for Plaintiff,*　　　　　　　　　　Las Vegas, NV 89135
*Alexis Sanchez*

*Attorneys for Defendant,*
*IT&S Far West Division – HCA IT&S Field Operations, Inc.*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

May 16, 2025
_____
DATED

89853043.v1-OGLETREE