# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ALEXIS SANCHEZ,

    Plaintiff(s),

v.

HOSPITAL CORPORATION OF AMERICA—FAR WEST DIVISION (HCA HEALTHCARE),

    Defendant(s).

Case No. 2:25-cv-00618-ART-NJK

**Scheduling Order**

[Docket No. 21]

Pending before the Court is a joint proposed discovery plan. Docket No. 21. The Court discovery plan is **GRANTED** in that the Court adopts the proposed deadlines set forth therein:

- Initial disclosures: June 13, 2025
- Amend pleadings/ add parties: July 22, 2025
- Initial experts: August 21, 2025
- Rebuttal experts: September 26, 2025
- Discovery cutoff: October 20, 2025
- Dispositive motions: November 19, 2025
- Joint proposed pretrial order: December 19, 2025, or 30 days after resolution of dispositive motions

Although the discovery plan appears to hedge as to future extension requests, *see* Docket No. 21 at 5, the Court will not speculate on such matters herein. Any future extension request will be subject to the governing standard(s). *See* Local Rule 26-3.

IT IS SO ORDERED.

Dated: June 2, 2025

                                                      Nancy J. Koppe
                                                      United States Magistrate Judge