# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ALEXIS SANCHEZ,

     Plaintiff(s),

v.

HOSPITAL CORPORATION OF
AMERICA – FAR WEST DIVISION (HCA
HEALTHCARE), et al.,

     Defendant(s).

Case No. 2:25-cv-00618-ART-NJK

**Order**

Pending before the Court is an order to show cause regarding compliance with Local Rule IA 11-1(b)(1).  Docket No. 25.  Attorney Sabel filed a response.  Docket No. 26.  Given the representations made therein, the order to show cause is DISCHARGED.

IT IS SO ORDERED.

Dated: June 23, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1