UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALEXIS SANCHEZ,<br><br>            Plaintiff,<br><br>vs.<br><br>HOSPITAL CORPORATION OF AMERICA – FAR WEST DIVISION (HCA HEALTHCARE), a corporation; KIRK JOHNSON, an individual; MONICA STRAUSS, an individual; CHRISTINE PROUTY, an individual; and DOES 1 through 10, inclusive,<br><br>            Defendants. | CASE NO.:  2:25-cv-00618-ART-NJK<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL OF CASE, WITH PREJUDICE** |

   IT IS HEREBY STIPULATED, by and between Plaintiff Alexis Sanchez ("Plaintiff") and Defendants IT &S Far West Division – HCA IT&S Field Operations, Inc., Kirk Johnson, Monica Strauss, and Christine Prouty ("Defendants"), by and through their respective attorneys of record, that the above-entitled matter be dismissed with prejudice, with each side bearing their own fees and costs. The parties also request that the Court vacate any upcoming hearings.

/ / /

/ / /

/ / /

/ / /

1

The parties understand that this agreement will cancel any orders which have been issued in this case and that the case will be permanently closed.

DATED this 22nd day of October, 2025.

SABEL LAW APC

/s/ Steven D. Sabel
Steven D. Sabel
Nevada Bar No. 15810
304 S. Jones Blvd., Suite 1309
Las Vegas, NV  89107

*Attorneys for Plaintiff,
Alexis Sanchez*

DATED this 22nd day of October, 2025.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Kathryn C. Newman
Anthony L. Martin
Nevada Bar No. 8177
Kathryn C. Newman
Nevada Bar No. 13733
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV  89135

*Attorneys for Defendant,
IT&S Far West Division – HCA IT&S Field Operations, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
Anne R. Traum, United States District Judge

 October 23, 2025
DATED

2